■ In the Matter of MARIO MANNINO, Petitioner, v BRIAN FISCHER, Commissioner of Corrections and Community Supervision, Respondent. [983 NYS2d 751]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Stein, Garry and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.